HERMANITAS DE LOS ANCIANOS DESAMPARADOS, demandante y apelada, *v.* IGNACIO PIÑERO ESTRELLA y su esposa FRAN-CISCA HERNAIZ, demandados y apelantes.

No. 6439.—*Sometido:* Julio 24, 1933. *Resuelto:* Julio 28, 1933.

*José S. Alegría,* abogado de los apelantes; *La Costa & La Costa Jr.,* abogados de la apelada.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

■ La asociación "Hermanitas de los Ancianos Desamparados" entabló pleito ordinario para la ejecución de una hipoteca contra Ignacio Piñero Estrella y su esposa Francisca Hernaiz. Los demandados contestaron haciendo una negación general. El caso fué señalado para juicio. La demandante presentó evidencia, pero los demandados no comparecieron. La corte dictó sentencia a favor de la demandante y condenó a los demandados a pagar la suma de $8,000, etc., declarando que si esa cantidad no era satisfecha, la propiedad gravada sería vendida en pública subasta, y que si el producto de la venta no fuere suficiente para cubrir la deuda, se proseguiría la ejecución contra cualesquiera otros bienes de los demandados. Éstos apelaron y ahora estamos considerando una moción para desestimar el recurso por frívolo.

Resolvemos que en el juicio hubo evidencia tendente a probar todas las alegaciones de la demanda. Es cierto que no se presentó certificación alguna del registro de la propiedad con respecto a la hipoteca, pero la escritura misma demostraba que había sido inscrita en el registro. El administrador de la propiedad ocupó la silla testifical y declaró en efecto que la hipoteca estaba vencida y que no se habían pagado los intereses.

■ Tal vez alguna de la evidencia pudo haber sido objetada con éxito, pero en un juicio en que no comparece el demandado, cualquiera evidencia probatoria, aunque no sea perfectamente competente, puede ser considerada a discreción del tribunal.

■■ No podemos convenir con los demandados en que en un pleito en cobro de hipoteca es preciso todo el trámite de un procedimiento sumario. El demandante no está entonces obligado a demostrar que no había otras cargas o gravámenes contra la propiedad, o a negar el hecho de la existencia de otras hipotecas. Todo eso es materia de defensa. Puede ser que antes de tratar de ejecutar la hipoteca, el de-

mandante para protegerse a sí mismo, se vea obligado a notificar a cualesquiera otros acreedores hipotecarios, pero no hay presunción de que tales acreedores hipotecarios existen.

*El recurso es, pues, frívolo y debe ser desestimado como tal.*

El Juez Asociado Señor Hutchison está conforme con el resultado.